# EXHIBIT A

726 Exchange Street, Suite 700
Buffalo, New York 14210

0694



**CAPITAL MANAGEMENT SERVICES, LP**
726 Exchange Street - Suite 700, Buffalo, NY 14210
Office Hours: M-Th 8 a.m. - 11 p.m. ET
Fri 8 a.m. - 10 p.m., Sat 8 a.m. - 4 p.m. ET
Toll Free: 1-866-507-8126, Fax: (716) 852-1620

Reference# 074087155

T348  P3*********AUTO**3-DIGIT 612


Description: HSBC - Younkers
Current Creditor: LVNV Funding LLC
Account #: ▮▮▮▮▮▮▮7767
Balance: $2404.13

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

Dear Juanita Delgado:                                                                    February 07, 2012

This company has been engaged by RESURGENT CAPITAL SERVICES, LP, the servicer of the account, to resolve your delinquent debt of $2404.13. Please submit your payment and make your check or money order payable to Capital Management Services, LP, to the above address.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different than the current creditor.

Capital Management Services, LP is authorized to accept less than the full balance due as settlement of the above account. The settlement amount of $721.24, which represents 30% of the amount presently owed, is due in our office no later than forty-five (45) days after receiving this notice. We are not obligated to renew this offer.

For your convenience, this settlement may be made online at: www.cms-trans.com. For other payment options, please contact Capital Management Services, LP. at 726 Exchange Street, Suite 700, Buffalo, NY 14210 or call 1-866-507-8126 Mon. through Thurs. 8 am to 11 pm ET, Fri. 8 am to 10 pm ET, Sat. 8 am to 4 pm ET. Please see important privacy information included with this notice.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

FEB 21 2012