**E-FILED**
Wednesday, 05 September, 2012 03:34:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JUANITA DELGADO, on behalf of plaintiff and the class defined herein, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | 4:12-cv-04057-SLD-JAG |
| | ) | |
| vs. | ) | |
| | ) | |
| CAPITAL MANAGEMENT SERVICES, LP; CMS GENERAL PARTNER LLC; and CMS GROUP, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY**

Plaintiff respectfully asks the Court for leave to cite recently decided authority in further opposition to the motion to dismiss of Defendant Capital Management Services, LP ("CMS").

In support of this motion, Plaintiff states as follows:

1. On August 23, 2012, Plaintiff filed a response to CMS's motion to dismiss. (Document 30.) Subsequent to that filing, on September 4, 2012, a judge, in a very similar case to the case at bar, denied the defendants' motion to dismiss. *Rawson v. Source Receivables Management, LLC et al.*, 11 C 8972, 2012 U.S. Dist. Lexis 125205 (N.D. Ill. Sept. 4. 2012) (attached hereto as Exhibit A). In *Rawson*, as in the case at bar, the plaintiff claims that the defendants violated the Fair Debt Collection Practices Act when they sent him a collection letter which failed to disclose that they were attempting to collect on a time-barred debt. A copy of the letter at issue in *Rawson* is attached hereto as Exhibit B. In *Rawson*, the court denied the

defendants' motion to dismiss, holding that "[t]o the extent that plaintiff claims that the dunning letter implies that the debt is legally enforceable when it is, in fact, barred by the statute of limitations, I conclude that plaintiff has stated a claim." *Rawson*, 2012 U.S. Dist. LEXIS 125205, *4. (Exhibit A.) As in *Rawson*, this Court should deny CMS's motion to dismiss.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully asks the Court for leave to cite recently decided authority in further opposition to CMS's motion to dismiss.

Respectfully submitted,

s/Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on September 5, 2012, I filed the forgoing documents with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

James K. Schultz
jschultz@sessions-law.biz

Daniel W. Pisani
dpisani@sessions-law.blz

s/Francis R. Greene
Francis R. Greene

2