# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JUANITA DELGADO, on behalf of plaintiff and the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:12-cv-04057-SLD-JAG |
| vs. | ) ) ) | |
| CAPITAL MANAGEMENT SERVICES, LP; CMS GENERAL PARTNER LLC; and CMS GROUP, INC., | ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S RESPONSE TO
### DEFENDANTS' MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)

Plaintiff, Juanita Delgado, responds as follows to Defendants' Motion for Certification Under 28 U.S.C. § 1292(b) (Document 44): Plaintiff does not object to defendants' motion in light of the pending Seventh Circuit appeal in *McMahon v. LVNV Funding* (Case No. 12-3504).

Respectfully submitted,

s/ Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603-3593
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

      I, Francis R. Greene, hereby certify that on April 8, 2013 I filed the forgoing documents with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

James K. Schultz
jschultz@sessions-law.biz

Daniel W. Pisani
dpisani@sessions-law.blz

                                                s/ Francis R. Greene
                                                Francis R. Greene