# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 8, 2013

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

JOEL M. FLAUM, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| No.: 13-8009 | IN RE: CAPITAL MANAGEMENT SERVICES, LP, CMS GENERAL PARTNER, LLC and CMS GROUP, INCORPORATED, Petitioners |
|---|---|

**Originating Case Information:**

District Court No: 4:12-cv-04057-SLD-JAG
Central District of Illinois
District Judge Sara Darrow

The following are before the court:

1. **PETITION FOR INTERLOCUTORY APPEAL BY DEFENDANTS**, filed on April 29, 2013, by counsel for the petitioners.

2. **PLAINTIFF'S RESPONSE TO DEFENDANTS' PETITION FOR INTERLOCUTORY APPEAL**, filed on May 1, 2013, by counsel for the respondent.

IT IS ORDERED that the petition for leave to appeal is **GRANTED**. Petitioners shall pay the required appellate fees to the clerk of the district court within ten days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

form name: c7_Order_3J(form ID: 177)