# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 13, 2013

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 13-2030
>
> Caption:
> JUANITA DELGADO, on behalf of palintiff and the class defined herein,
> Plaintiff - Appellee
>
> v.
>
> CAPITAL MANAGEMENT SERVICES, LP, et al.,
> Defendants - Appellants
>
> ---
>
> District Court No: 4:12-cv-04057-SLD-JAG
> Clerk/Agency Rep Kenneth Wells
> District Judge Sara Darrow
>
> Date NOA filed in District Court: 05/08/2013

If you have any questions regarding this appeal, please call this office.

CC:   Kenneth A. Wells

form name: c7_Docket_Notice_short_form(form ID: 188)