

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### OFFICE OF THE CLERK

**KENNETH A. WELLS**
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

RECORD
TRANSMITTAL LETTER

August 6, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL  60604

RE: Delgado v. Capital Management Services
U.S.D.C. Docket No.:  12-04057 Rock Island Division
U.S.C.A. Docket No.:  13-2030

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 One Volume of Pleading

Please acknowledge receipt of the above mentioned materials.

      Very truly yours,

      s/Kenneth A. Wells

      KENNETH A. WELLS
      CLERK U.S. DISTRICT COURT

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 203
Rock Island, IL 61201
309.793.5778

I, KENNETH A. WELLS, Clerk of the United States District Court for the Central District of Illinois, do hereby certify the following to be the true and complete record of the original proceedings filed in my office in the matter of:

RE: Delgado v. Capital Management Services
U.S.D.C. Docket No.:  12-04057 Rock Island Division
U.S.C.A. Docket No.:  13-2030

IN TESTIMONY WHEREOF, I have

hereunto subscribed my name

and affixed the seal of the aforesaid

court at Rock Island, Illinois

on August 6, 2013


s/Kenneth A. Wells

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT